**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———

**No. 07-6507**

———

JOHN RAPER,

Plaintiff - Appellant,

versus

SERGEANT ADAMS,

Defendant - Appellee.

———

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.   James C. Dever, III, District Judge.  (5:06-ct-00041-D)

———

Submitted:  August 23, 2007          Decided:  August 29, 2007

———

Before WILLIAMS, Chief Judge, and WILKINS and HAMILTON, Senior Circuit Judges.

———

Affirmed by unpublished per curiam opinion.

———

John Raper, Appellant Pro Se.   Lisa Yvette Harper, Assistant Attorney General, Raleigh, North Carolina, for Appellee.

———

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Raper appeals the district court's order granting summary judgment in favor of the Defendant and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Raper v. Adams</u>, No. 5:06-ct-00041-D (E.D.N.C. Mar. 29, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>